# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 14-CR-20048-004 |
| ) | |
| JASON T. GMOSER, ) | |
| ) | |
| Defendant. ) | |

## THE UNITED STATES OF AMERICA'S EXHIBIT LIST

NOW COMES the United States of America, by James A. Lewis, United States Attorney for the Central District of Illinois, Elly M. Peirson, Assistant United States Attorney, and Keith A. Becker, Trial Attorney, and hereby states that it intends to introduce the following exhibits in its case-in-chief in the above captioned case:

| NO. | DESCRIPTION | ADMITTED | NOT ADMITTED |
|---|---|---|---|
| 1. | CD with Undercover Video Capture of Website "A" | | |
| 1A. (group) | Screen captures of Website "A" from Undercover Video | | |
| 2. (group) | Screen captures from 9/30/14 Undercover Session | | |
| 3. (group) | Screen captures of 10/1/14 Undercover Session | | |
| 4. (group) | Photos from search warrant | | |
| 5. | Desktop computer, HP Pavilion Elite 270F, SN MXX0250GXJ | | |
| 6. | RAID tower, SN A328ADAEAR200018 | | |
| 7. | RAID tower, SN A225ADAEAR200088 | | |

| | | | |
|---|---|---|---|
| 8. | Hard drive containing Forensic Images of Exhibits 5, 6 and 7 | | |
| 8A. (Group) | Images/Videos/Exhibits from Exhibit 8 (HP Pavilion Desktop Computer). | | |
| 8B. (group) | Images/Videos/Exhibits from Exhibit 8 (Raid tower, SN A328ADAEAR200018) | | |
| 8C. (group) | Images/Videos/Exhibits from Exhibit 8 (RAID tower, SN A225ADAEAR200088) | | |
| 9. | Recording of Interview with Jason T. Gmoser on October 16, 2014 | | |
| 9A-1. (group) | Recording Excerpts from Interview with Jason T. Gmoser on October 16, 2014 | | |
| 9-Tr. | Transcript of Exhibit 9. | | |
| 9-Tr.-A-1. (group) | Transcript Exhibits 9A-1. | | |
| 10A. | Note from residence | | |
| 10B. | Business card from residence | | |
| 11. | Curriculum Vitae - Jon Shumway | | |
| 12. | Curriculum Vitae - Dr. Judith Betsy Campbell | | |
| 13. | Curriculum Vitae - Dr. Bennett Leventhal | | |
| 14. | Curriculum Vitae – Special Agent Dan O'Donnell | | |
| 14. (group) | Chats/Messages w/Brian Davis | | |
| 15. (group) | Chats/Messages w/Andrew Hoff | | |
| 16. (group) | Chats/Messages w/David Delalio | | |
| 17. (group) | User Posts to Website "A" - (administrators section) | | |
| 18. (group) | User Posts to Website "A" (non-administrative) | | |
| 19. (group) | User Private Messages | | |

| 20. (group) | Stipulations | | |
|---|---|---|---|
| 21. | Time Warner Cable Records | | |

Respectfully submitted,

JAMES A. LEWS
UNITED STATES ATTORNEY

*s/Elly M. Peirson*
Elly M. Peirson, IL Bar No. 6298075
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Telephone: (217) 373-5875
elly.peirson@usdoj.gov


*s/Keith A. Becker*
Keith A. Becker, NY Bar No. 4287967
Trial Attorney, Child Exploitation and
Obscenity Section
Department of Justice, Criminal Division
1400 New York Ave. NW, 6th Floor
Washington, DC 20530
Telephone: (202) 305-4104
keith.becker@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will which will send notification of such filing to the following:

>Bradley M. Kraemer, Esq.
>Caparella-Kraemer & Associates, LLC
>4841-A Rialto Road
>West Chester, Ohio 45069
>Email: Bradley@CKLawOH.com

>*s/Elly M. Peirson*
>Elly M. Peirson, IL Bar No. 6298075
>Assistant United States Attorney
>201 S. Vine Street, Suite 226
>Urbana, Illinois 61802
>Telephone: (217) 373-5875
>elly.peirson@usdoj.gov