IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 14-CR-20048 |
| Plaintiff, ) | |
| v. ) | |
| JASON GMOSER ) | |
| f.k.a. JOHN DOE #4, ) | |
| Defendants. ) | |
| ) | PROPOSED VOIR DIRE QUESTIONS |
| ) | FOR DEFENDANT JASON GMOSER |

<u>Proposed Voir Dire Questions</u>

1. What does it mean to be a juror?
2. What is the juror's role in the American Justice System?
3. As we sit here, the Defendant is innocent until proven guilty. Do you feel that because the Defendant is charged with a crime, that he is probably guilty?
4. The Government has the burden of proof. What does that mean to you?
5. If someone is a witness for the federal government, does that give them more credibility that someone who testifies for the Defense, merely because they are testifying for the government?
6. Do law enforcement agents have more credibility merely because they are law enforcement agents?
7. Would you view a witness with skepticism merely because they testify for the defense?
8. Do you feel that it is necessary for the Defendant to testify for you to determine his guilt or innocence?

1

9. Do you feel that it is necessary for a Defendant to testify in his own defense to determine if he has a psychological impairment?
10. How would you feel if the Defendant didn't testify?
11. Does that make you think that a Defendant is guilty or has something to hide?

Insanity

12. The Defendant has pled not guilty by reason of mental disease or defect or not guilty by reason of insanity. Do you believe that insanity is a valid defense?
13. Do you believe that insanity can be an explanation for criminal activity?
14. If a man suffers a heart attack before he is in a car accident that is his fault, should he be held criminally liable?
15. Have you ever served on a jury before?
16. Is there anything about the nature of an insanity defense that would interfere with your impartiality?
17. Have you ever applied to be a law enforcement officer or work for the FBI?
18. Do you have any friends or family that are members of law enforcement or the FBI?

Autism

19. Are you, a family member, or friend a counselor, social worker, psychotherapist, psychologist, or psychiatrist?
20. Do you, friends, or family have a diagnosis of Autism, Asperger's Syndrome, or Pervasive Developmental Disorder?
21. Do you believe that people with mental illness should be in prison?
22. Do you believe that just as individuals can have physical illness, they can have mental illness?
23. What is your understanding of what mental illness is?
24. Do you believe that mental illness can serve as an explanation for criminal activity?
25. Do you believe that two mental health professionals with equally high reputations can disagree in their clinical judgments?

26. If someone has the reputation of being an expert in a mental health field, do you believe that means they must have flawless or nearly flawless clinical judgment?
27. Clinical Judgment in mental health cases is a professional's ability to discern whether or not a mental health or disease or condition is present. Do you believe any mental health professional can make such judgments with absolute certainty?
28. If two mental health professionals differ in their clinical judgment, does that mean one of them is wrong or has poor clinical judgment?
29. Do you feel that psychological testing is the only way for a mental health professional to make judgments about the presence of a mental health problem?
30. Have you or anyone close to you ever seen a psychiatrist, psychologist, social worker, counselor or other mental health professional for psychotherapy or counseling?

Homosexuality
31. Is Homosexuality determined by genetics or biology or a personal choice?
32. Are you or any one close to you a member of the gay, lesbian, or transgender community?
33. Recently, the Supreme Court rules that same sex couples may legally marry, what is your reaction to this?
34. Do you feel uncomfortable or unsafe in the presence of homosexuals?
35. Do you feel that homosexuality is a sin?
36. Do you or anyone close to you make jokes about homosexuality?
37. Do you refer to homosexuals by derogatory terms such as "fag", "queer" or other such terms?
38. Do you avoid television shows which focus on gays or homosexuals?
39. Do you refuse to associate with gays or homosexual?
40. Do you believe that gays or homosexuals are more or less likely to commit crimes or engage in criminal conduct?

### Pornography & Pedophilia

41. What is your initial reaction about the nature of the crime with which the Defendant is charged?
42. Do you or anyone close to you believe that the possession or viewing of pornography is a sinful act?
43. Do you or anyone close to you believe that pornography in any form should be illegal?
44. Do you believe that individuals who view pornography are more likely to commit a criminal act?
45. Does the fact that the Defendant is accused of possessing homosexual pornography affect your ability to be an impartial juror?
46. Do you believe that pedophilia is genetically determined, a psychological defect or personal choice?
47. If someone has a sexual attraction to children do you believe that is a personal choice, more so that not being able to prevent one's self from having those feelings?
48. Does the fact that the Defendant is accused of possessing homosexual pornography of minors affect your ability to be a fair and impartial juror?

Respectfully Submitted:

 /s/ Bradley M. Kraemer
Bradley M. Kraemer (0070329)
Courtney Caparella-Kraemer (0077016)
Caparella-Kraemer & Associates, LLC
Attorney for Defendant
4841 A Rialto Road
West Chester, Ohio 45069
Telephone: (513)942-7222
Facsimile:  (513)942-6444
Email: Bradley@Caparellakraemer.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing has been served upon Counsel of Record via electronic filing on this 6th day of November, 2015.

                                      */s/ Bradley M. Kraemer*
                                      Bradley M. Kraemer (0070329)