UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 14-CR-20048-004 |
| JASON T. GMOSER, | ) | |
| Defendant. | ) | |

## DEFENDANT'S EXHIBIT LIST

NOW COMES the Defendant, by Jason Gmoser, by and through Counsel, Bradley Kraemer and Courtney Caparella-Kraemer and hereby states that it intends to introduce the following exhibits in its case-in-chief in the above captioned case:

| NO. | DESCRIPTION | ADMITTED | NOT ADMITTED |
|---|---|---|---|
| A | Curriculum Vitae – Dr. Stuart Bassman | | |
| B | Medical Records from Meninger's | | |

| C | Curriculum Vitae – Dr. Tanya Froehlich | | |
|---|---|---|---|
| D | Curriculum Vitae – Dr. Patricia Manning-Courtney | | |
| E | Curriculum Vitae - Dr. Jennifer Ehrhardt | | |
| F | Curriculum Vitae- Dr. Melissa Artnak | | |
| F | Stipulations | | |

Respectfully submitted,

*S/Bradley M. Kraemer*
Bradley M. Kraemer, OH Bar No. 0070329
4841A Rialto Road
West Chester, OH 45069
Telephone: (513)942-7222
Bradley@CKLawOH.com

*s/Courtney Caparella-Kraemer*
Courtney Caparella-Kraemer, OH Bar No. 0077016
4841A Rialto Road
West Chester, OH 45069
Telephone: (513)942-7222
Courtney@CKLawOH.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will which will send notification of such filing to the following:

>Elly Peirson & Keith Becker
>201 S. Vine Street, Suite 226
>Urbana, Illinois 61802

>><u>S/Bradley M. Kraemer</u>
>>Bradley M. Kraemer, OH Bar No. 0070329
>>4841A Rialto Road
>>West Chester, OH 45069
>>Telephone: (513)942-7222
>>Bradley@CKLawOH.com