**E-FILED**
Wednesday, 27 January, 2016 01:22:17 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14-CR-20048-004 |
| | ) | |
| JASON T. GMOSER, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION # 1: VISUAL DEPICTIONS**

The United States of America, by James A. Lewis, United States Attorney, Elly M. Peirson, Assistant United States Attorney, and Keith A. Becker, Trial Attorney and the defendant, Jason T. Gmoser, through his attorney, Bradley Kraemer, stipulate and agree as follows:

Visual Depictions

The parties stipulate and agree that the visual depictions in Government Exhibits 1, group 1A, group 2, group 3 and 8B involve the use of actual minors.

JAMES A. LEWIS
UNITED STATES ATTORNEY

By:

*s/Bradley M. Kraemer*
Bradley M. Kraemer
Attorney for Jason T. Gmoser

*s/Elly M. Peirson*
Elly M. Peirson
Assistant United States Attorney

*s/Keith A. Becker*
Keith A. Becker, Trial Attorney
Child Exploitation and Obscenity Section
Department of Justice, Criminal Division