**E-FILED**
Wednesday, 27 January, 2016 01:33:25 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14-CR-20048-004 |
| | ) | |
| JASON T. GMOSER, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION #5: TIME WARNER CABLE RECORDS

The United States of America, by James A. Lewis, United States Attorney, Elly M. Peirson, Assistant United States Attorney, and Keith A. Becker, Trial Attorney and the defendant, Jason T. Gmoser, through his attorney, Bradley Kraemer, stipulate and agree as follows:

Time Warner Cable Records

The parties stipulate and agree if called to testify, a custodian of records from Time Warner Cable, headquartered in Herndon, Virginia, would testify that the documents presented in Government Exhibit 21 are true and accurate copies of business records made at or near the time the information was transmitted to a person with knowledge and kept in the course of regularly conducted business activity. These records were provided to the Government in response to a subpoena.

Government Exhibit 21 is admitted into evidence.

JAMES A. LEWIS
UNITED STATES ATTORNEY

By:

*s/Bradley M. Kraemer*
Bradley M. Kraemer
Attorney for Jason T. Gmoser

*s/Elly M. Peirson*
Elly M. Peirson
Assistant United States Attorney

*s/Keith A. Becker*
Keith A. Becker, Trial Attorney
Child Exploitation and Obscenity Section
Department of Justice, Criminal Division