## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 14-CR-20048-004 |
| ) | |
| JASON T. GMOSER, ) | |
| ) | |
| Defendant. ) | |

**THE UNITED STATES OF AMERICA'S SECOND AMENDED EXHIBIT LIST**

NOW COMES the United States of America, by James A. Lewis, United States Attorney for the Central District of Illinois, Elly M. Peirson, Assistant United States Attorney, and Keith A. Becker, Trial Attorney, and hereby states that it intends to introduce the following exhibits in its case-in-chief in the above captioned case:

| NO. | DESCRIPTION | ADMITTED | NOT ADMITTED |
|---|---|---|---|
| 1. | CD with Undercover Video Capture of Website "A" | | |
| 1A. | Screen capture of Website "A" from Undercover Video (Board index not logged in) | | |
| 1B. | Screen capture of Website "A" from Undercover Video (Website "A" registration agreement) | | |
| 1C. | Screen capture of Website "A" from Undercover Video (Board index logged in regular user) | | |
| 1D. | Screen capture of Website "A" from Undercover Video (Read this before doing anything else) | | |
| 1E. | Screen capture of Website "A" from Undercover Video (Application Rules) | | |

| | | | |
|---|---|---|---|
| 1F. | Screen capture of Website "A" from Undercover Video (Website "A" Rules and information (admins)) | | |
| 1G. | Screen capture of Website "A" from Undercover Video (Activity Rules and posting information) | | |
| 1H. | Screen capture of Website "A" from Undercover Video (Everything you need on Website "A") | | |
| 1I. | Screen capture of Website "A" from Undercover Video (Banned and recommended file hosts) | | |
| 1J. | Screen capture of Website "A" from Undercover Video (Sample post) | | |
| 1K. | Screen capture of Website "A" from Undercover Video (Board index-full member) | | |
| 1L. | Screen capture of Website "A" from Undercover Video (Profile – [Delalio]) | | |
| 1M. | Screen capture of Website "A" from Undercover Video (Profile –[Hoff]) | | |
| 1N. | Screen capture of Website "A" from Undercover Video (Profile – [Davis]) | | |
| 1O. | Screen capture of Website "A" from Undercover Video (hidden file server post-[user]) | | |
| 2A. | Screen capture from 9/30/14 Undercover Session (profile page [user]) | | |
| 2B. | Screen capture from 9/30/14 Undercover Session ([user] posts list) | | |
| 2C. | Screen capture from 9/30/14 Undercover Session (videokidsbrazil 7/29/14 post) | | |
| 2D. | Screen capture from 9/30/14 Undercover Session (boyparty 8/24/14 post) | | |
| 3A. | Screen captures of 10/1/14 Undercover Session ([user] moderator log) | | |
| 3B. | Screen captures of 10/1/14 Undercover Session ([user] moderator post examples) | | |
| 3C. | Screen captures of 10/1/14 Undercover Session ([user] moderator post search results) | | |

| | | | |
|---|---|---|---|
| 3D. | Screen captures of 10/1/14 Undercover Session (nino deli 5/17/14 post) | | |
| 3E. | Screen captures of 10/1/14 Undercover Session (spongebob 3/27/14 post) | | |
| 4A. | Photo of 2000 Smith Road, Hamilton, OH (Img: TL6_0002) - Road | | |
| 4B. | Photo of 2000 Smith Road, Hamilton, OH (Img: TL6_0005) - Driveway | | |
| 4C. | Photo of 2000 Smith Road, Hamilton, OH (Img: TL6_0012) – house exterior | | |
| 4D. | Photo of 2000 Smith Road, Hamilton, OH (Img: TL6_0066) - kitchen | | |
| 4E. | Photo of 2000 Smith Road, Hamilton, OH (Img: TL6_0044) – cpu and RAID | | |
| 4F. | Photo of 2000 Smith Road, Hamilton, OH (Img: TL6_0045) – cpu monitors | | |
| 4G. | Photo of 2000 Smith Road, Hamilton, OH (Img: TL6_0046) –cpu monitor close | | |
| 4H. | Photo of 2000 Smith Road, Hamilton, OH (Img: TL6_0059) – bedroom closet | | |
| 4I. | Photo of 2000 Smith Road, Hamilton, OH (Img: TL6_0077) –LR couch/table | | |
| 4J. | Photo of 2000 Smith Road, Hamilton, OH (Img: TL6_0100) – white bookshelf with computer materials | | |
| 4K. | Photo of 2000 Smith Road, Hamilton, OH (Img: TL6_0152)- bitcoin servers | | |
| 4L. | Photo of 2000 Smith Road, Hamilton, OH (Img: TL6_0215) – counter | | |
| 4M. | Photo of 2000 Smith Road, Hamilton, OH (Img: TL6_0216) – counter - docs | | |
| 4N. | Photo of 2000 Smith Road, Hamilton, OH (Img: TL6_0217)- counter, crisis referral card | | |
| 4O. | Photo of 2000 Smith Road, Hamilton, OH (Img: TL6_0218) – counter, card and note | | |
| 4P. | Photo of 2000 Smith Road, Hamilton, OH (Img: TL6_0220) counter, note | | |
| 4Q. | Photo of 2000 Smith Road, Hamilton, OH (Img: TL6_0233) brown bookshelf with computer equipment | | |

| | | | |
|---|---|---|---|
| 4R. | Photo of 2000 Smith Road, Hamilton, OH (Img: TL6_0234) brown bookshelf with computer equipment | | |
| 4S. | Photo of 2000 Smith Road, Hamilton, OH (Img: TL6_0324) – private keys printout | | |
| 4T. | Photo of 2000 Smith Road, Hamilton, OH (Img: TL6_0336) – monitor showing truecrypt boot | | |
| 4U. | Photo of 2000 Smith Road, Hamilton, OH (Img: TL6_0377) – RAID towers close | | |
| 4W. | Photo of 2000 Smith Road, Hamilton, OH (Img: TL6_0430) – safe closed | | |
| 4X. | Photo of 2000 Smith Road, Hamilton, OH (Img: TL6_0297) – safe overall | | |
| 4Y. | Photo of 2000 Smith Road, Hamilton, OH (Img: TL6_0299) – safe close up | | |
| 5. | Desktop computer, HP Pavilion Elite 270F, SN MXX0250GXJ | | |
| 6. | RAID tower, SN A328ADAEAR200018 | | |
| 7. | RAID tower, SN A225ADAEAR200088 | | |
| 8. | Hard drive containing derivative evidence from Exhibits 5 and 6 | | |
| 8A-1 | Exhibits from Exhibit 8 (HP Pavilion Desktop Computer) - Truecrypt favorites | | |
| 8A-2 | Exhibits from Exhibit 8 (HP Pavilion Desktop Computer) - VLC Recently Played | | |
| 8A-3 | Exhibits from Exhibit 8 (HP Pavilion Desktop Computer) - TorChat Prefetch | | |
| 8B-1 | File information, 8B files | | |
| 8B-2. | Document "bookmarks.txt" from Exhibit 8 (Raid tower, SN A328ADAEAR200018) | | |
| 8B-3. | Document "buddy-list.txt" from Exhibit 8 (Raid tower, SN A328ADAEAR200018) | | |
| 8B-4. | Document "casinoroyale.txt" from Exhibit 8 (Raid tower, SN A328ADAEAR200018) | | |

| | | | |
|---|---|---|---|
| 8B-5. | Document "changed firefox settings.txt" from Exhibit 8 (Raid tower, SN A328ADAEAR200018) | | |
| 8B-6. | Document "[Hoff user].txt" from Exhibit 8 (Raid tower, SN A328ADAEAR200018) | | |
| 8B-7. | Document "hosting info.txt" from Exhibit 8 (Raid tower, SN A328ADAEAR200018) | | |
| 8B-8. | Document "[Davis user].txt" from Exhibit 8 (Raid tower, SN A328ADAEAR200018) | | |
| 8B-9. | Document "Posting.txt" from Exhibit 8 (Raid tower, SN A328ADAEAR200018) | | |
| 8B-10. | Document "Posts.txt" from Exhibit 8 (Raid tower, SN A328ADAEAR200018) | | |
| 8B-11. | Document "producers guide 1.txt" from Exhibit 8 (Raid tower, SN A328ADAEAR200018) | | |
| 8B-12. | Document "producers guide 2.txt" from Exhibit 8 (Raid tower, SN A328ADAEAR200018) | | |
| 8B-13. | Document "[Head admin].txt" from Exhibit 8 (Raid tower, SN A328ADAEAR200018) | | |
| 8B-14. | Document "[Website "A"] app server notes.txt" from Exhibit 8 (Raid tower, SN A328ADAEAR200018) | | |
| 8B-15. | Document "tor configuration.txt" from Exhibit 8 (Raid tower, SN A328ADAEAR200018) | | |
| 8B-16. | Document "tor security guide.txt" from Exhibit 8 (Raid tower, SN A328ADAEAR200018) | | |
| 8B-17. | Document "ufat2" from Exhibit 8 (Raid tower, SN A328ADAEAR200018) | | |
| 8B-17-1 | Ufat2 file information | | |
| 8B-18. | Video bdsm1.mp4 from Exhibit 8 (Raid tower, SN A328ADAEAR200018) | | |
| 8B-18-1 | File Information bdsm1.mp4 | | |
| 8B-18-2 | Screen Shots bdsm1.mp4 | | |
| 8B-19. | Video les2.mp4 from Exhibit 8 (Raid | | |

| | | | |
|---|---|---|---|
| | tower, SN A328ADAEAR200018 | | |
| 8B-19-1 | File Information les2.mp4 | | |
| 8B-19-2 | Screen Shots les2.mp4 | | |
| 8B-20. | Image/Video screen shots from G[ ]J[ ]44 video from Exhibit 8 (Raid tower, SN A328ADAEAR200018 | | |
| 8B-20-1 | File information from G[]J[] videos | | |
| 8B-21. | Image/Video [[named to include {user}]] from Exhibit 8 (Raid tower, SN A328ADAEAR200018 | | |
| 8B-22. | Image/Video [[from H[ ] B[ ] folder]] from Exhibit 8 (Raid tower, SN A328ADAEAR200018 | | |
| 8B-23 | [Site] Directory Screen Shot | | |
| 9. | Recording of Interview with Jason T. Gmoser on October 16, 2014 | | |
| 9A. | Clip One- from Interview with Jason T. Gmoser on October 16, 2014 | | |
| 9B. | Clip Two- from Interview with Jason T. Gmoser on October 16, 2014 | | |
| 9C. | Clip Three- from Interview with Jason T. Gmoser on October 16, 2014 | | |
| 9D. | Clip Four- from Interview with Jason T. Gmoser on October 16, 2014 | | |
| 9E. | Clip Five- from Interview with Jason T. Gmoser on October 16, 2014 | | |
| 9F. | Clip Six- from Interview with Jason T. Gmoser on October 16, 2014 | | |
| 9G. | Clip Seven- from Interview with Jason T. Gmoser on October 16, 2014 | | |
| 9H. | Clip Eight- from Interview with Jason T. Gmoser on October 16, 2014 | | |
| 9I. | Clip Nine- from Interview with Jason T. Gmoser on October 16, 2014 | | |
| 9J. | Clip Ten- from Interview with Jason T. Gmoser on October 16, 2014 | | |
| 9K. | Clip Eleven- from Interview with Jason T. Gmoser on October 16, 2014 | | |
| 9A-Tr. | Transcript of Exhibit 9A, clip one. | | |
| 9B-Tr. | Transcript of Exhibit 9B, clip two. | | |

| | | | |
|---|---|---|---|
| 9C-Tr. | Transcript of Exhibit 9C, clip three. | | |
| 9D-Tr. | Transcript of Exhibit 9D, clip four. | | |
| 9E-Tr. | Transcript of Exhibit 9E, clip five. | | |
| 9F-Tr. | Transcript of Exhibit 9F, clip six. | | |
| 9G-Tr. | Transcript of Exhibit 9G, clip seven. | | |
| 9H-Tr. | Transcript of Exhibit 9H, clip eight. | | |
| 9I-Tr. | Transcript of Exhibit 9I, clip nine. | | |
| 9J-Tr. | Transcript of Exhibit 9J, clip ten. | | |
| 9K-Tr. | Transcript of Exhibit 9K, clip eleven. | | |
| 10A. | Note from residence | | |
| 10B. | Business card from residence | | |
| 11. | Curriculum Vitae - Jon Shumway | | |
| 12. | Curriculum Vitae - Dr. Judith Betsy Campbell | | |
| 13. | Curriculum Vitae - Dr. Bennett Leventhal | | |
| 14. | Curriculum Vitae – Special Agent Dan O'Donnell | | |
| 15. | Message w/Brian Davis | | |
| 16A. | Message w/Andrew Hoff - admin | | |
| 16B. | Message w/Andrew Hoff – [Head Admin] | | |
| 17A. | Message w/David Delalio - PZ | | |
| 17B. | Message w/David Delalio – leak h2tc | | |
| 18. | User Post to Website "A" - (administrators section) vip upgrades | | |
| 19A. | User Posts to Website "A" (non-administrative) – first amendment | | |
| 19B. | User Posts to Website "A" (non-administrative) - basement | | |
| 19C. | User Posts to Website "A" (non-administrative) - international | | |
| 19D. | User Posts to Website "A" (non-administrative) – cp laws | | |
| 19E. | User Posts to Website "A" (non-administrative) - winrar | | |

| | | | |
|---|---|---|---|
| 19F. | User Posts to Website "A" (non-administrative) - TC | | |
| 19G. | User Posts to Website "A" (non-administrative) – storing cp | | |
| 20A. | Stipulation #1 Visual Depictions | | |
| 20B. | Stipulation #2 UC Session on 9/30/2014 | | |
| 20C. | Stipulation #3 Board Postings and Messages | | |
| 20D. | Stipulation #4 Search Warrant | | |
| 20E. | Stipulation #5 Time Warner Records | | |
| 20F. | Stipulation #6 Recorded Interview and Transcript | | |
| 20G. | Stipulation #7 Sample Images/Videos | | |
| 21. | Time Warner Cable Records | | |
| 22. | Delalio plea agreement | | |
| 23. | Hoff plea agreement | | |
| 24. | Davis plea agreement | | |
| 25. | Tor chat log with UC | | |
| 25A. | Tor chat log with UC (highlighted) | | |
| 26. | Advice of Rights Form FD-395 - 10/16/2014 | | |
| 27. | Consent to Assume Online Identity FD-1086 - 10/16/2014 | | |
| 28. | Computer forensic report, Jon Shumway | | |
| 29. | Truecrypt Password | | |
| 30. | Tor Presentation | | |

Respectfully submitted,

JAMES A. LEWIS
UNITED STATES ATTORNEY

*s/Elly M. Peirson*
Elly M. Peirson, IL Bar No. 6298075
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Telephone: (217) 373-5875
elly.peirson@usdoj.gov


*s/Keith A. Becker*
Keith A. Becker, NY Bar No. 4287967
Trial Attorney, Child Exploitation and
Obscenity Section
Department of Justice, Criminal Division
1400 New York Ave. NW, 6th Floor
Washington, DC 20530
Telephone: (202) 305-4104
keith.becker@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will which will send notification of such filing to the following:

>Bradley M. Kraemer, Esq.
>Caparella-Kraemer & Associates, LLC
>4841-A Rialto Road
>West Chester, Ohio 45069
>Email: Bradley@CKLawOH.com

>s/Elly M. Peirson
>Elly M. Peirson, IL Bar No. 6298075
>Assistant United States Attorney
>201 S. Vine Street, Suite 226
>Urbana, Illinois 61802
>Telephone: (217) 373-5875
>elly.peirson@usdoj.gov