FILED
FEB 12 2016
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 14-CR-20048-004 |
| ) | |
| v. ) | IN VIOLATION OF: |
| ) | 18 U.S.C. § 2252A(g); |
| JASON T. GMOSER, ) | 18 U.S.C. § 2251(d)(1)(A); |
| ) | 18 U.S.C. § 2252(a)(2) |
| Defendant. ) | |

## VERDICT

WE, THE JURY, FIND THE DEFENDANT, JASON T. GMOSER, __Guilty__ OF ENGAGING IN A (GUILTY/NOT GUILTY/NOT GUILTY ONLY BY REASON OF INSANITY) CHILD EXPLOITATION ENTERPRISE AS CHARGED IN COUNT ONE OF THE INDICTMENT.

DATE: 02/12/16

s/Juror                                s/Juror

s/Juror                                s/Juror

s/Juror                                s/Juror

s/Juror                                s/Juror

s/Juror                                s/Foreperson

                                       FOREPERSON

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FILED
FEB 12 2016
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 14-CR-20048-004 |
| Plaintiff, ) | |
| ) | |
| v. ) | IN VIOLATION OF: |
| ) | 18 U.S.C. § 2252A(g); |
| JASON T. GMOSER, ) | 18 U.S.C. § 2251(d)(1)(A); |
| ) | 18 U.S.C. § 2252(a)(2) |
| Defendant. ) | |

## VERDICT

WE, THE JURY, FIND THE DEFENDANT, JASON T. GMOSER,

__Guilty_____ OF CONSPIRACY TO

(GUILTY/NOT GUILTY/NOT GUILTY ONLY BY REASON OF INSANITY)

ADVERTISE CHILD PORNOGRPAHY AS CHARGED IN COUNT TWO OF THE

INDICTMENT.

DATE: 02/12/16

s/Juror                                s/Juror

s/Juror                                s/Juror

s/Juror                                s/Juror

s/Juror                                s/Juror

s/Juror                                s/Juror

s/Juror                                s/Foreperson

                                       FOREPERSON

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FILED
FEB 12 2016
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 14-CR-20048-004 |
| ) | |
| v. ) | IN VIOLATION OF: |
| ) | 18 U.S.C. § 2252A(g); |
| JASON T. GMOSER, ) | 18 U.S.C. § 2251(d)(1)(A); |
| ) | 18 U.S.C. § 2252(a)(2) |
| Defendant. ) | |

## VERDICT

WE, THE JURY, FIND THE DEFENDANT, JASON T. GMOSER,

___Guilty_____ OF CONSPIRACY TO
(GUILTY / NOT GUILTY / NOT GUILTY ONLY BY REASON OF INSANITY)

DISTRIBUTE CHILD PORNOGRAPHY AS CHARGED IN COUNT THREE OF THE

INDICTMENT.

DATE: __02/12/16__

s/Juror                                     s/Juror

s/Juror                                     s/Juror

s/Juror                                     s/Juror

s/Juror                                     s/Juror

s/Juror                                     s/Juror

s/Juror                                     s/Foreperson

                                            FOREPERSON