# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

Vs.

JASON T. GMOSER

FILED
FEB 16 2016
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

## GOVERNMENT'S EXHIBIT LIST

Case Number: 14-20048-004

| PRESIDING JUDGE Colin S. Bruce | | | PLAINTIFF'S ATTORNEY AUSA Elham Peirson & Keith Becker | | DEFENDANT'S ATTORNEY Bradley Kraemer & Courtney Caparella-Kraemer |
|---|---|---|---|---|---|
| TRIAL DATE(S) 2/8/16-2/12/16 | | | COURT REPORTER LC | | COURTROOM DEPUTY TC |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 1 | | 2/8/16 | X | X | CD with Undercover Video Capture of The Love Zone ("TLZ") Website "A" – O'Donnell |
| 1A | | 2/8/16 | X | X | Screen capture of Website "A" from Undercover Video (Board index not logged in) - O'Donnell-TO JURY |
| 1B | | 2/8/16 | X | X | Screen capture of Website "A" from Undercover Video (Website "A" registration agreement) - O'Donnell-TO JURY |
| 1C | | 2/8/16 | X | X | Screen capture of Website "A" from Undercover Video (Board index logged in regular use) - O'Donnell-TO JURY |
| 1D | | 2/8/16 | X | X | Screen capture of Website "A" from Undercover Video (Read this before doing anything else)- O'Donnell-TO JURY |
| 1E | | 2/8/16 | X | X | Screen capture of Website "A" from Undercover Video (Application Rules) - O'Donnell-TO JURY |
| 1F | | 2/8/16 | X | X | Screen capture of Website "A" from Undercover Video (Website "A" Rules and information (adminis)) - O'Donnell-TO JURY |
| 1G | | 2/8/16 | X | X | Screen capture of Website "A" from Undercover Video (Activity Rules and posting information) - O'Donnell-TO JURY |
| 1H | | 2/8/16 | X | X | Screen capture of Website "A" from Undercover Video (Everything you need on Website "A") - O'Donnell-TO JURY |
| 1I | | 2/8/16 | X | X | Screen capture of Website "A" from Undercover Video (Banned and recommended file hosts) - O'Donnell-TO JURY |
| 1J | | 2/8/16 | X | X | Screen capture of Website "A" from Undercover Video (Sample post) - O'Donnell-TO JURY |
| 1K | | 2/8/16 | X | X | Screen capture of Website "A" from Undercover Video (Board index-full member) - O'Donnell-TO JURY |
| 1L | | 2/8/16 | X | X | Screen capture of Website "A" from Undercover Video (Profile – [Delalio]) - O'Donnell-TO JURY |
| 1M | | 2/8/16 | X | X | Screen capture of Website "A" from Undercover Video (Profile – [Hoff]) - O'Donnell-TO JURY |
| 1N | | 2/8/16 | X | X | Screen capture of Website "A" from Undercover Video (Profile – [Davis]) - O'Donnell-TO JURY |
| 1O | | 2/8/16 | X | X | Screen capture of Website "A" from Undercover Video (hidden file server post-[user]) - O'Donnell-TO JURY |
| 2A | | 2/9/16 | X | X | Screen capture from 9/30/14 Undercover Session (profile page [user]) - O'Donnell-TO JURY |
| 2B | | 2/9/16 | X | X | Screen capture from 9/30/14 Undercover Session ([user] posts list) - O'Donnell-TO JURY |
| 2C | | 2/9/16 | X | X | Screen capture from 9/30/14 Undercover Session (videokidsbrazil 7/29/14 post) - O'Donnell-TO JURY |
| 2D | | 2/9/16 | X | X | Screen capture from 9/30/14 Undercover Session (boyparty 8/24/14 post) - O'Donnell-TO JURY |
| 3A | | 2/9/16 | X | X | Screen captures of 10/1/14 Undercover Session ([user] moderator log) - Johns-TO JURY |
| 3B | | 2/9/16 | X | X | Screen captures of 10/1/14 Undercover Session ([user] moderator post examples) - Johns-TO JURY |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___6___ Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

Vs.

JASON T. GMOSER

**GOVERNMENT'S EXHIBIT LIST**

Case Number: 14-20048-004

| PRESIDING JUDGE Colin S. Bruce | PLAINTIFF'S ATTORNEY AUSA Elham Peirson & Keith Becker | DEFENDANT'S ATTORNEY Bradley Kraemer & Courtney Caparella-Kraemer |
|---|---|---|
| TRIAL DATE(S) 2/8/16-2/12/16 | COURT REPORTER LC | COURTROOM DEPUTY TC |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 3C | | 2/9/16 | X | X | Screen captures of 10/1/14 Undercover Session ([user] moderator post search results) - Johns-TO JURY |
| 3D | | 2/9/16 | X | X | Screen captures of 10/1/14 Undercover Session (nino deli 5/17/14 post) - Johns-TO JURY |
| 3E | | 2/9/16 | X | X | Screen captures of 10/1/14 Undercover Session (spongebob 3/27/14 post) - Johns-TO JURY |
| 4A | | 2/9/16 | X | X | Photo of 2000 Smith Road, Hamilton, OH (Img: TL6_0002)-Road - Johns-TO JURY |
| 4B | | 2/9/16 | X | X | Photo of 2000 Smith Road, Hamilton, OH (Img: TL6_0005)-Driveway - Johns-TO JURY |
| 4C | | 2/9/16 | X | X | Photo of 2000 Smith Road, Hamilton, OH (Img: TL6_0012)-house exterior - Johns-TO JURY |
| 4D | | 2/9/16 | X | X | Photo of 2000 Smith Road, Hamilton, OH (Img: TL6_0033)-hallway - Johns-TO JURY |
| 4E | | 2/9/16 | X | X | Photo of 2000 Smith Road, Hamilton, OH (Img: TL6_0044)-cpu and RAID – Johns-TO JURY |
| 4F | | 2/9/16 | X | X | Photo of 2000 Smith Road, Hamilton, OH (Img: TL6_0045)-cpu monitors - Johns-TO JURY |
| 4H | | 2/9/16 | X | X | Photo of 2000 Smith Road, Hamilton, OH (Img: TL6_0059)-bedroom closet - Johns-TO JURY |
| 4I | | 2/9/16 | X | X | Photo of 2000 Smith Road, Hamilton, OH (Img: TL6_0077)-LR couch/table - Johns-TO JURY |
| 4Q | | 2/9/16 | X | X | Photo of 2000 Smith Road, Hamilton, OH (Img: TL6_0233)-brown bookshelf with computer equipment - Johns-TO JURY |
| 4W | | 2/9/16 | X | X | Photo of 2000 Smith Road, Hamilton, OH (Back wall of computer room) – Johns-TO JURY |
| 4X | | 2/9/16 | X | X | Photo of 2000 Smith Road, Hamilton, OH (Safe in computer room) – Johns-TO JURY |
| 4Y | | 2/9/16 | X | X | Photo of 2000 Smith Road, Hamilton, OH (Inside of safe in computer room) - Johns-TO JURY |
| 5 | | 2/9/16 | X | X | Desktop computer, HP Pavilion Elite 270F, SN, MXX0250GXJ – Johns **EXHIBIT WITHDRAWN BY GOV replaced with photo.** |
| 6 | | 2/9/16 | X | X | RAID tower, SN A328ADAEAR200018 – Johns **EXHIBIT WITHDRAWN BY GOV replaced with photo.** |
| 7 | | 2/9/16 | X | X | RAID tower, SN A225ADAEAR200088 – Johns **EXHIBIT WITHDRAWN BY GOV replaced with photo.** |
| 8A-1 | | 2/10/16 | X | X | Exhibits from Exhibit 8 (HP Pavilion Desktop Computer) – Truecrypt favorites - Shumway-TO JURY |
| 8A-2 | | 2/10/16 | X | X | Exhibits from Exhibit 8 (HP Pavilion Desktop Computer) – VLC Recently Played - Shumway-TO JURY |
| 8A-3 | | 2/10/16 | X | X | Exhibits from Exhibit 8 (HP Pavilion Desktop Computer) – TorChat Prefetch - Shumway-TO JURY |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

Vs.

JASON T. GMOSER

**GOVERNMENT'S EXHIBIT LIST**

Case Number: 14-20048-004

| PRESIDING JUDGE Colin S. Bruce | | PLAINTIFF'S ATTORNEY AUSA Elham Peirson & Keith Becker | | DEFENDANT'S ATTORNEY Bradley Kraemer & Courtney Caparella-Kraemer | |
|---|---|---|---|---|---|
| TRIAL DATE (S) 2/8/16-2/12/16 | | COURT REPORTER LC | | COURTROOM DEPUTY TC | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 8B-1 | | 2/11/16 | X | X | File information, 8B files - Shumway-TO JURY |
| 8B-2 | | 2/10/16 | X | X | Document "bookmarks.txt" from Exhibit 8 (Raid tower, SN A328ADAEAR200018) - Shumway-TO JURY |
| 8B-3 | | 2/10/16 | X | X | Document "buddy-list.txt" from (Raid tower, SN A328ADAEAR200018) - Shumway-TO JURY |
| 8B-4 | | 2/11/16 | X | X | Document "casionroyale.txt" from Exhibit 8 (Raid tower, SN A328ADAEAR200018) - Shumway-TO JURY |
| 8B-5 | | 2/10/16 | X | X | Document "changed firefox settings.txt" from Exhibit 8 (Raid tower, SN A328ADAEAR200018) - Shumway-TO JURY |
| 8B-6 | | 2/11/16 | X | X | Document "[Hoff user].txt" from Exhibit 8 (Raid tower, SN A328ADAEAR200018) - Shumway-TO JURY |
| 8B-7 | | 2/11/16 | X | X | Document "hosting info.txt" from Exhibit 8 (Raid tower, SN A328ADAEAR200018) - Shumway-TO JURY |
| 8B-8 | | 2/10/16 | X | X | Document "[Davis user].txt" from Exhibit 8 (Raid tower, SN A328ADAEAR200018) - Davis-TO JURY |
| 8B-9 | | 2/11/16 | X | X | Document "Posting.txt" from Exhibit 8 (Raid tower, SN A328ADAEAR200018) - Shumway-TO JURY |
| 8B-10 | | 2/11/16 | X | X | Document "Posts.txt" from Exhibit 8 (Raid tower, SN A328ADAEAR200018) - Shumway-TO JURY |
| 8B-11 | | 2/10/16 | X | X | Document "producers guide 1.txt" from Exhibit 8 (Raid tower, SN A328ADAEAR200018) - Davis-TO JURY |
| 8B-12 | | 2/10/16 | X | X | Document "producers guide 2.txt" from Exhibit 8 (Raid tower, SN A328ADAEAR200018) - Davis-TO JURY |
| 8B-13 | | 211/16 | X | X | Document "[Head admin].txt" from Exhibit 8 (Raid tower, SN A328ADAEAR200018) - Shumway-TO JURY |
| 8B-14 | | 2/11/16 | X | X | Document "[Website "A"] app server notes.txt" from Exhibit 8 (Raid tower, SN A328ADAEAR200018) - Shumway-TO JURY |
| 8B-15 | | 2/11/16 | X | X | Document "tor configuration.txt" from Exhibit 8 (Raid tower, SN A328ADAEAR200018) - Shumway-TO JURY |
| 8B-16 | | 2/11/16 | X | X | Document "tor configuration.txt" from Exhibit 8 (Raid tower, SN A328ADAEAR200018) - Shumway-TO JURY |
| 8B-17 | | 2/10/16 | X | X | Document "ufat2" from Exhibit 8 (Raid tower, SN A328ADAEAR200018) - Shumway-TO JURY |
| 8B-17-1 | | 2/10/16 | X | X | Ufat2file information – Shumway **(did not show witness or publish)** -TO JURY |
| 8B-18 | | 2/10/16 | X | X | Video bdsm1.mp4 from Exhibit 8 (Raid tower, SN A328ADAEAR200018) - Shumway |
| 8B-18-1 | | 2/10/16 | X | X | File information bdsm1.mp4 - Shumway-TO JURY |
| 8B-18-2 | | 2/10/16 | X | X | Screen Shots bdsm1.mp4 - Shumway-TO JURY |
| 8B-19 | | 2/10/16 | X | X | Video les2.mp4 from Exhibit (Raid tower, SN A328ADAEAR200018) - Shumway |
| 8B-19-1 | | 2/10/16 | X | X | File Information les2.mp4 - Shumway-TO JURY |
| 8B-19-2 | | 2/10/16 | X | X | Screen Shots les2.mp4 - Shumway-TO JURY |
| 8B-20 | | 2/10/16 | X | X | Image/Video screen shots from G[]J[]44 video from Exhibit 8 (Raid tower, SN A328ADAEAR200018) - Shumway-TO JURY |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

CENTRAL  DISTRICT OF  ILLINOIS

UNITED STATES OF AMERICA

Vs.

**GOVERNMENT'S EXHIBIT LIST**

JASON T. GMOSER

Case Number:  14-20048-004

| PRESIDING JUDGE Colin S. Bruce | | | PLAINTIFF'S ATTORNEY AUSA Elham Peirson & Keith Becker | | DEFENDANT'S ATTORNEY Bradley Kraemer & Courtney Caparella-Kraemer |
|---|---|---|---|---|---|
| TRIAL DATE(S) 2/8/16-2/12/16 | | | COURT REPORTER LC | | COURTROOM DEPUTY TC |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 8B-20-1 | | 2/10/16 | X | X | File information from G[]J[] videos - Shumway-TO JURY |
| 8B-21 | | 2/10/16 | X | X | Image/Video [[named to include {user}]] from Exhibit 8 (Raid tower, SN A328ADAEAR200018) – Shumway -TO JURY |
| 8B-22 | | 2/10/16 | X | X | Image/Video [[from H[] B[] folder]] from Exhibit 8 (Raid tower, SN A328ADAEAR200018) - Shumway-TO JURY |
| 8B-23 | | 2/11/16 | X | X | [Site] Directory Screen Shot - Shumway-TO JURY |
| 9 | | 2/9/16 | X | X | Recording of interview with Jason T. Gmoser on 10/16/14 - Kirschner |
| 9A* | | 2/9/16 | X | X | Clip One- from Interview with Jason T. Gmoser on 10/16/14 – Kirschner *9A-9K all on one CD. |
| 9B* | | 2/9/16 | X | X | Clip Two- from Interview with Jason T. Gmoser on 10/16/14 - Kirschner |
| 9C* | | 2/9/16 | X | X | Clip Three- from interview with Jason T. Gmoser on 10/16/14 - Kirschner |
| 9D* | | 2/9/16 | X | X | Clip Four- from interview with Jason T. Gmoser on 10/16/14 - Kirschner |
| 9E* | | 2/9/16 | X | X | Clip Five- from Interview with Jason T. Gmoser on 10/16/14 - Kirschner |
| 9F* | | 2/9/16 | X | X | Clip Six- from Interview with Jason T. Gmoser on 10/16/14 - Kirschner |
| 9G* | | 2/9/16 | X | X | Clip Seven- from Interview with Jason T. Gmoser on 10/16/14 - Kirschner |
| 9H* | | 2/9/16 | X | X | Clip Eight- from Interview with Jason T. Gmoser on 10/16/14 - Kirschner |
| 9I* | | 2/9/16 | X | X | Clip Nine- from Interview with Jason T. Gmoser on 10/16/14 - Kirschner |
| 9J* | | 2/9/16 | X | X | Clip Ten- from Interview with Jason T. Gmoser on 10/16/14 - Kirschner |
| 9K* | | 2/9/16 | X | X | Clip Eleven- from Interview with Jason T. Gmoser on 10/16/14 - Kirschner |
| 9A-Tr* | | 2/9/16 | X | X | Transcript of Exhibit 9A, clip one - Kirschner-TO JURY *9A-Tr-9K-Tr all in one book. |
| 9B-Tr* | | 2/9/16 | X | X | Transcript of Exhibit 9B, clip two - Kirschner-TO JURY |
| 9C-Tr* | | 2/9/16 | X | X | Transcript of Exhibit 9C, clip three - Kirschner-TO JURY |
| 9D-Tr* | | 2/9/16 | X | X | Transcript of Exhibit 9D, clip four - Kirschner-TO JURY |
| 9E-Tr* | | 2/9/16 | X | X | Transcript of Exhibit 9E, clip five - Kirschner-TO JURY |
| 9F-Tr* | | 2/9/16 | X | X | Transcript of Exhibit 9F, clip six - Kirschner-TO JURY |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

CENTRAL   DISTRICT OF   ILLINOIS

UNITED STATES OF AMERICA

Vs.

JASON T. GMOSER

**GOVERNMENT'S EXHIBIT LIST**

Case Number:   14-20048-004

| PRESIDING JUDGE Colin S. Bruce | | | PLAINTIFF'S ATTORNEY AUSA Elham Peirson & Keith Becker | | DEFENDANT'S ATTORNEY Bradley Kraemer & Courtney Caparella-Kraemer |
|---|---|---|---|---|---|
| TRIAL DATE(S) 2/8/16-2/12/16 | | | COURT REPORTER LC | | COURTROOM DEPUTY TC |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 9G-Tr* | | 2/9/16 | X | X | Transcript of Exhibit 9G, clip seven - Kirschner-TO JURY |
| 9H-Tr* | | 2/9/16 | X | X | Transcript of Exhibit 9H, clip eight - Kirschner-TO JURY |
| 9I-Tr* | | 2/9/16 | X | X | Transcript of Exhibit 9I, clip nine - Kirschner-TO JURY |
| 9J-Tr* | | 2/9/16 | X | X | Transcript of Exhibit 9J, clip ten - Kirschner-TO JURY |
| 9K-Tr* | | 2/9/16 | X | X | Transcript of Exhibit 9K, clip eleven - Kirschner-TO JURY |
| 12 | | 2/11/16 | X | X | Curriculum Vitae – Dr. Judith Betsy - Campbell-TO JURY |
| 13 | | 2/12/16 | X | X | Curriculum Vitae – Dr. Bennett Leventhal - Leventhal-TO JURY |
| 15 | | 2/9/16 | X | X | Messages with Brian Davis – O'Donnell-TO JURY |
| 16A. | | 2/9/16 | X | X | Messages with Andrew Hoff – O'Donnell-TO JURY |
| 16.B. | | 2/9/16 | X | X | Messages with Andrew Hoff – O'Donnell-TO JURY |
| 17A. | | 2/9/16 | X | X | Messages with David Delalio – O'Donnell-TO JURY |
| 17B. | | 2/9/16 | X | X | Messages with David Delalio – O'Donnell-TO JURY |
| 18 | | 2/9/16 | X | X | User Posts to Website "A" – (administrators section) – O'Donnell-TO JURY |
| 19A. | | 2/9/16 | X | X | User Posts to Website "A" – (non-administrative) – O'Donnell-TO JURY |
| 19B. | | 2/9/16 | X | X | User Posts to Website "A" – (non-administrative) – O'Donnell-TO JURY |
| 19C. | | 2/9/16 | X | X | User Posts to Website "A" – (non-administrative) – O'Donnell-TO JURY |
| 19D. | | 2/9/16 | X | X | User Posts to Website "A" – (non-administrative) – O'Donnell-TO JURY |
| 19E | | 2/9/16 | X | X | User Posts to Website "A" – (non-administrative) – O'Donnell-TO JURY |
| 19F. | | 2/9/16 | X | X | User Posts to Website "A" – (non-administrative) – O'Donnell-TO JURY |
| 19G. | | 2/9/16 | X | X | User Posts to Website "A" – (non-administrative) – O'Donnell-TO JURY |
| 20A. | | 2/11/16 | X | X | Stipulation #1 Visual Depictions - Shumway-TO JURY |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# UNITED STATES DISTRICT COURT

CENTRAL   DISTRICT OF   ILLINOIS

UNITED STATES OF AMERICA

Vs.

JASON T. GMOSER

**PLAINTIFF'S EXHIBIT LIST**

Case Number:   14-20048-004

| PRESIDING JUDGE Colin S. Bruce | | PLAINTIFF'S ATTORNEY AUSA Elham Peirson & Keith Becker | | DEFENDANT'S ATTORNEY Bradley Kraemer & Courtney Caparella-Kraemer | |
|---|---|---|---|---|---|
| TRIAL DATE (S) 2/8/16-2/12/16 | | COURT REPORTER LC | | COURTROOM DEPUTY TC | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES     TO JURY |
| 20B. | | 2/9/16 | X | X | Stipulation #2 UC Session on 9/30/14 -- O'Donnell |
| 20C. | | 2/9/16 | X | X | Stipulation #3 Board Postings and Messages -- O'Donnell |
| 20D. | | 2/9/16 | X | X | Stipulation #4 Search Warrant - Johns |
| 20E. | | 2/9/16 | X | X | Stipulation #5 Time Warner Records -- O'Donnell |
| 20F. | | 2/9/16 | X | X | Stipulation #6 Recorded Interview and Transcript - Kirschner |
| 20G. | | 2/11/16 | X | X | Stipulation #7 Sample Images/Videos - Shumway |
| 21. | | 2/9/16X | X | X | Time Warner Cable Records -- O'Donnell |
| 22. | | 2/10/16 | X | X | Delalio plea agreement - Delalio |
| 24. | | 2/10/16 | X | X | Davis plea agreement - Davis |
| 25. | | 2/9/16 | X | X | Tor chat log with UC - Johns |
| 25A. | | 2/9/16 | X | X | Tor chat log with UC (highlighted) - Johns |
| 26. | | 2/9/16 | X | X | FBI Advice of Rights Form FD-395 signed by Gmoser on 10/16/14 -- Kirschner **ORIGINAL EXHIBIT WITHDRAWN BY GOV replaced with copy.** |
| 27. | | 2/9/16 | X | X | Consent to Assume Online Identity FD-1086 dated 10/16/14 -- Kirschner **ORIGINAL EXHIBIT WITHDRAWN BY GOV replaced with 2-sided copy.** |
| 29. | | 2/10/16 | X | X | Truecrypt Password - Kirschner |
| 30. | | 2/8/16 | X | X | TOR Presentation -- O'Donnell |
| 34 | | 2/12/16 | X | X | Hard copy of Power Point Presentation on Autism Disorders - Leventhal |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.