# UNITED STATES DISTRICT COURT
For the
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **CASE NO. 14-CR-20048-004** |
| | ) | |
| **JASON T. GMOSER** | ) | |

## NOTICE OF APPEAL

NOTICE is hereby given that Jason Gmoser appeals to the United States Court of Appeals for the Seventh Circuit from the judgment entered on July 20, 2016 in the above case in Illinois Central District. Counsel is also filing a Motion to Withdraw as Counsel and will be filing a Motion For Permission to Appeal In Forma Pauperis, with the appropriate affidavit. Counsel has also filed the appropriate request for the transcripts to be prepared.

PREPARED BY:

_[signature]_

Bradley M. Kraemer (0070329)
Courtney Caparella-Kraemer (0077016)
Caparella-Kraemer & Associates, LLC
Attorney for Defendant
4841 A Rialto Road
West Chester, Ohio 45069
Telephone: (513)942-7222
Facsimile:   (513)942-6444
Email: Bradley@cklawoh.com

DATE ENTERED:

AO 245B (Rev. 10/15) Judgment in a Criminal Case
Sheet 1

E-FILED
Wednesday, 20 July, 2016 12:03:24 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## Central District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JASON THOMAS GMOSER<br>f/k/a John Doe No. 4<br>a/k/a "Argonaut" | JUDGMENT IN A CRIMINAL CASE<br><br>Case Number: 14-20048-04<br>USM Number: 72612-061<br>Bradley Kraemer and Courtney Caparella-Kraemer<br>Defendant's Attorney |

**FILED**
JUL 2 0 2016
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☑ was found guilty on count(s) 1, 2, and 3 of Third Superseding Indictment
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 2252A(g) | Engaging in a Child Exploitation Enterprise | 10/7/2014 | 1 |
| 18 U.S.C. § 2251(d)(1)(A)&(e) | Conspiracy to Advertise Child Pornography | 10/7/2014 | 2 |
| 18 U.S.C. §§ 2252(a)(2) and 2252(b)(2) | Conspiracy to Distribute Child Pornography | 10/7/2014 | 3 |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☑ Count(s) 1-3 of Super. Ind., 1-3 of Second Super. Ind.   ☐ is   ☑ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

7/15/2016
Date of Imposition of Judgment

s/ Colin S. Bruce
Signature of Judge

COLIN S. BRUCE, U.S. District Judge
Name and Title of Judge

July 20, 2016
Date

AO 245B (Rev. 10/15) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 5

DEFENDANT: JASON THOMAS GMOSER f/k/a John Doe No. 4 a/k/a "Argonaut"
CASE NUMBER: 14-20048-04

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

Remainder of Natural Life.   Said term shall consist of life as to Count 1, 30 years as to Count 2, and 20 years as to Count 3, all terms to be served concurrently.

☑ The court makes the following recommendations to the Bureau of Prisons:

1) It is recommended that he serve his sentence in a facility that will allow him to participate in sex offender treatment and maximize his exposure to educational and vocational opportunities.  2) It is recommended that the defendant serve his sentence in a facility as close to his family in Butler County, Ohio, as possible.  *Note: If there is conflict between the two recommendations, recommendation # 1 is the priority.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____.

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____.

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

a _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 10/15) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page 3 of 5

DEFENDANT: JASON THOMAS GMOSER f/k/a John Doe No. 4 a/k/a "Argonaut"
CASE NUMBER: 14-20048-04

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:
Should the defendant ever be released from custody, he is to serve a lifetime term of Supervised Release. Said term shall consist of life as to Count 1, life as to Count 2, and life as to Count 3, all to be served concurrently.

    The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

- ☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

- ☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

- ☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

- ☒ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

- ☐ The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

    If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

    The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

An eve of release hearing will be set within 30 days prior to release, or as soon as practicable, to determine appropriate conditions of supervised release.

AO 245B (Rev. 10/15) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

2:14-cr-20048-CSB  # 220   Page 4 of 5

Judgment — Page 4 of 5

DEFENDANT: JASON THOMAS GMOSER f/k/a John Doe No. 4 a/k/a "Argonaut"
CASE NUMBER: 14-20048-04

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|        | Assessment | Fine   | Restitution |
|--------|------------|--------|-------------|
| TOTALS | $ 300.00   | $ 0.00 | $ 0.00      |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---------------|-------------|---------------------|------------------------|
|               |             |                     |                        |
|               |             |                     |                        |
|               |             |                     |                        |
|               |             |                     |                        |
|               |             |                     |                        |
| TOTALS        |             | $ 0.00              | $ 0.00                 |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

 ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

 ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B  (Rev. 10/15) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page   5   of   5

DEFENDANT: JASON THOMAS GMOSER f/k/a John Doe No. 4 a/k/a "Argonaut"
CASE NUMBER: 14-20048-04

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☑  Lump sum payment of $ __300.00__ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance   ☐ C,   ☐ D,   ☐ E, or   ☐ F below; or

B  ☐  Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

C  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☐  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☑  The defendant shall forfeit the defendant's interest in the following property to the United States:

    Pursuant to 18 U.S.C. § 982, the defendant shall forfeit any interest in visual depictions of child pornography and any property used to commit the offenses.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.